UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Mireya Quiroz,　　　　　　　　　　　　Case No.: 15-30046-AJC
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

_____Debtor_____/

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification Mediator, for the property located at 6562 SW 164th Ct., Miami, FL 33193, reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on July 13, 2016 and the following parties were present:

1. [ X ] The Debtor, Mireya Quiroz, and her attorney, James A. Poe.
2. [ X ] No co-obligor was involved with this case.
3. [ X ] The Lender's representative, Evelyne Pierre, and Seth Greenhill, Lender's counsel.
4. [ ] Other: _____

**B.** The final MMM conference was scheduled for _____, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.** The result of the MMM conference is as follows:

1. [ ] The parties reached an agreement.
2. [ x ] The parties did not reach an agreement.

Dated: 7-13-16

_____
Signature of Mediator
Print name: Betsy F. Yegelwel, Esq.
Address: 2150 SW 13th Avenue
Miami, FL 33145
Telephone: 305-858-2706
email: Betsy@byeglaw.com

Copies to:
All Parties to the Mediation

LMM-LF-11 (04/01/13)